UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABRINA SEHER, | CASE NO. 2:25-cv-01089-LK |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO STAY CASE |
| v. | |
| LEE ANN YARBOR et al., | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulated Motion to Stay Court Deadlines. Dkt. No. 17. The parties request that the Court stay all deadlines in this case for 45 days "pending a mediation that the Parties are currently scheduling for the second week of March 2026." *Id.* at 1. For the reasons explained below, the motion is granted.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may order a stay of the action pursuant to its power to control its docket and calendar and to provide for a just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*, 593

ORDER GRANTING STIPULATED MOTION TO STAY CASE - 1

F.2d 857, 864 (9th Cir. 1979). In considering whether to grant a stay, courts consider several factors, including "the possible damage which may result," "the hardship or inequity which a party may suffer in being required to go forward," and "the orderly course of justice[.]" *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

A stay is appropriate here because the 45-day delay in proceedings will not cause any damage, nor any hardship or inequity to any party, and will promote the orderly course of justice. If the parties resolve this matter through mediation, there will be significant savings of the parties' and the Court's resources. The Court thus GRANTS the parties' motion. Dkt. No. 17. All case deadlines in the Court's prior order, Dkt. No. 16, are stayed until March 29, 2026. Should the case reach a settlement, the parties must notify the Court in accordance with the Court's Standing Order for All Civil Cases. *See* Dkt. No. 6-1 at 3. Otherwise, by March 29, 2026, the parties must file a joint status report with a proposed revised case schedule.

Dated this 11th day of February, 2026.

Lauren King
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY CASE - 2